446 A.2d 695

Glenwood Homes Inc., Appellant v. Mull et ux.

Argued November 13, 1980. Dennis J. Gounley, for appellant; Bernard Redlich, for appellee.

618

Before PRICE, CAVANAUGH and HOFFMAN, JJ.

Judgment affirmed.